UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
2020 FEB 26 P 12: 25
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

Gabriel Xavier Collins )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

Sevier County Sherriff's Dept. )
_____ )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

      Plaintiffs: _____

      _____

      Defendants: _____

      _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Sevier County Jail

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO (✓)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to B is NO, explain why not. It happened before I got to the jail

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? Told the CO's

2

2. What was the result? I was told to talk to a lawyer because there was nothing they could do.

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Gabriel Xavier Collins

Present address: 137 Commerce St. Sevierville TN

Permanent home address: 1124 Oak Cluster dr. Apt. 7 Sevierville T

Address of nearest relative: 1124 oak Cluster dr. Apt 7 Sevierville TN

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Johnathan Hays

Official position: Sherriff Deputy

Place of employment: Sevier County Sherriffs office

C. Additional defendants: Dexter Robins, Sherriff Dept, Sevier County Sherriffs Department

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

At the time of me being arrested at 7:00 a.m on Aug 13, 2019 I

3

was already in handcuffs and Detained when Officer Dexter Robins and Johnathan Hays picked me up off of my feet and then slammed me on my face at an angle causing my neck to fracture in two places C-5 and C-6. Afterwards I was trying to tell them that my neck and right arm was really hurt and to please grab my left arm and let go of my right. They ignored me and yanked me up by my right arm and my feet and carried me out the building while hitting my head on the doorways. I was taken to the hospital right after. Incedent is on body camera footage.

Witnesses are Jimara Martin
Autmn Allen
Taylor Grace
Stephanie Welch

I also have unpaid Medical Bills due to this

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments. Cite NO cases or statutes.)

I would like to sue the Sherriff Departmen for $3,000,000 (three million) plus Medical expenses

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 24th day of Febucry, 20 20.

_____
Signature of plaintiff(s)

5